UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAWN QUAKER

                Plaintiff,

  -against-                                        21 **CIVIL** 6309 (VSB)

                                                                     **JUDGMENT**

FEDERAL EMERGENCY MANAGEMENT
AGENCY,
                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 21, 2022, defendant's motion to dismiss is GRANTED; accordingly, the case is closed.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith; therefore, in forma pauperis status is denied for purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962).


**Dated:**  New York, New York

       September 22, 2022


                                                                           **RUBY J. KRAJICK**

                                                                              Clerk of Court

                                      **BY:**

                                                                              **Deputy Clerk**